**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-2712**

ESTELLA PRADE; JAMES JACKSON,

Plaintiffs - Appellants,

versus

JACKSON AND KELLY, Attorneys at Law,

Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Robert Earl Maxwell, Senior District Judge.  (CA-94-18-3)

Submitted:  January 27, 1998       Decided:  February 24, 1998

Before WIDENER, HAMILTON, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Estella Prade, James Jackson, Appellants Pro Se.  Richard D. Owen, Thomas Ryan Goodwin, GOODWIN & GOODWIN, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order denying relief in this civil action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Prade v. Jackson & Kelly, No. CA-94-18-3 (N.D.W. Va. Oct. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED